UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH A. ELAN, individually and on behalf of all others similarly situated,<br><br>                                Plaintiffs,<br><br>      - against -<br><br>MCAFEE, INC.,<br><br>                                Defendant. | Civil Action No. 10 CV 2061 (GBD)<br><br>**STIPULATION** |

WHEREAS, Plaintiff filed a summons and complaint asserting certain claims against McAfee, Inc. (the "Defendant" and the "Complaint") on or about March 10, 2010, in the United States District Court for the Southern District of New York; and

WHEREAS, Defendant, by its counsel, has agreed to accept service of the Complaint; and

WHEREAS, the parties to this action have agreed it is desirable to set a date for Defendant to respond to Plaintiff's Complaint;

IT IS HEREBY AGREED THAT:

1. Defendants shall have up to and including June 2, 2010 to respond to Plaintiff' Complaint.

2. Nothing herein shall be deemed to be an admission of liability on the part of Defendant.

3. Nothing herein shall be deemed a waiver of any other applicable defense or objection to this action.

Dated: New York, New York
      April 19, 2010

**RABIN & PECKEL LLP**

By: _/s/ I. Stephen Rabin_
I. Stephen Rabin
371 Madison Avenue, 21st Floor
New York, New York 10017
Tel: (212) 880-3722

*Attorneys for Plaintiff*
 *Kenneth A. Elan*

**STEPTOE & JOHNSON, LLP**

By: _/s/ Michael C. Miller_
Michael C. Miller
Evan Glassman
750 Seventh Avenue, Suite 1900
New York, New York 10019
Tel: (212) 506-3900

*Attorneys for Defendant*
 *McAfee, Inc.*